# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156579(69)

GENESEE COUNTY DRAIN COMMISSIONER
JEFFREY WRIGHT,
            Plaintiff-Appellee,
and

CHARTER TOWNSHIP OF FENTON, DENNIS
BOW, KARYN MILLER, BONNIE MATHIS,
PAULA ZELENKO, MARILYN HOFFMAN,
LARRY GREEN, JAKE LAFURGEY, RAY
FOUST, DAVID GUIGEAR, ROBERT M.
PALMER, RICK CARUSO, WILLIAM W.
KOVL, MAXINE ORR, VILLAGE OF
GOODRICH, VILLAGE OF GAINES, VILLAGE
OF LENNON, CHARTER TOWNSHIP OF
MUNDY, TOWNSHIP OF ARGENTINE,
CHARTER TOWNSHIP OF FLINT, CHARTER
TOWNSHIP OF MT. MORRIS, TOWNSHIP OF
GAINES, and CITY OF FLUSHING,
            Plaintiffs,

v

GENESEE COUNTY,
            Defendant-Appellant,
and

GENESEE COUNTY BOARD OF
COMMISSIONERS,
            Defendant.
_____/

SC: 156579
COA: 331023
Genesee CC: 11-097012-CK

On order of the Chief Justice, the motion of plaintiff-appellee to file a response to the brief amicus curiae filed by the City of Flint is GRANTED. The response submitted on February 27, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2019



Clerk